**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MALAIKA BROOKS,
          *Plaintiff-Appellee,*

    v.

CITY OF SEATTLE,
          *Defendant,*

    and

STEVEN L. DAMAN, in his capacity
as an officer of the Seattle Police
Department; DONALD M. JONES, in
his individual capacity as an
officer of the Seattle Police
Department; JUAN M. ORNELAS, in
his individual capacity as an
officer of the Seattle Police
Department,
          *Defendants-Appellants.*

No. 08-35526

D.C. No.
2:06-cv-01681-RAJ

ORDER

Filed September 30, 2010

---

**ORDER**

KOZINSKI, Chief Judge:

   Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.